714

*General Rugg,* Messrs. *Claude R. Branch* and *Lisle A. Smith* for the United States.

No. 809. SMITH, ADMINISTRATRIX, *v.* MAGIC CITY KENNEL CLUB, INC. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. E. Howard McCaleb* for petitioner. No appearance for respondent.

No. 810. MOTT *v.* UNITED STATES. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Charles B. Rogers* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson,* Messrs. *Claude R. Branch, Nat M. Lacy,* and *W. Marvin Smith* for the United States.

No. 812. UNITED STATES *v.* MICHEL; and
No. 813. SAME *v.* KRIEGER. May 19, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist* and Messrs. *J. Louis Monarch* and *Barham R. Gary* for the United States. *Mr. Donald Horne* for respondents.

No. 815. CHOTEAU *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. Messrs. *James H. Maxey, T. J. Leahy,* and *C. S. MacDonald* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* Messrs. *Claude R. Branch, Sewall Key,* and *Morton Poe Fisher* for respondent.